```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :  Unsealing Order
                                       :
     v.                                :  18 Cr. 568 (NSR)
                                       :
CORY RIVERA,                           :
                                       :
     Defendant.                        :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Nicholas S. Bradley, of counsel, requesting that the docket in the above-captioned matter be unsealed.

Fully consideration having been given, it is hereby

ORDERED that the docket in the above-captioned matter be unsealed.

Dated: White Plains, New York        SO ORDERED.
February 11, 2022

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2022

1