UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

USA

    - against -

JANE DOE,

                    Defendant.

------------------------------------------------------X

**SEALED**

18 Cr. 00568-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated September 19, 2018, is approved and accepted.

                                                              SO ORDERED.

                                                              Nelson S. Román
                                                              United States District Judge

Dated: White Plains, NY
          October 22, 2018